UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHEL HALL AND LINDA HALL | * | MISC. ACTION NO. 5:21-MC-51 |
| VERSUS | * | DISTRICT JUDGE _____ |
| FORD MOTOR COMPANY AND MARIA M. MENDEZ | * | MAGISTRATE JUDGE _____ |

**PETITION FOR PERPETUATION OF TESTIMONY OF CUSTODIAN OF VEHICLE UNDER FEDERAL RULE OF CIVIL PROCEDURE 27**

NOW INTO COURT, through the undersigned counsel, come MICHEL HALL and LINDA HALL, residents of and domiciled in the State of Louisiana, and with respect represent:

1.

Petitioners expect to be a party to an action cognizable in a court of the United States but are presently unable to bring it or cause it to be brought, for the following reasons:

A. Petitioner Michel Hall, a resident and domiciliary of Logansport, Louisiana, was injured in an automobile crash in Panola County, Texas, on March 25, 2021. Petitioner Linda Hall, also a resident and domiciliary of Logansport, Louisiana, is the wife of Michel Hall.

B. Petitioner Michel Hall is currently receiving medical care for serious and permanently disabling bodily injuries that include a traumatic brain injury requiring

treatment at the Texas Institute for Rehabilitation and Research ("TIRR").

C. When the collision occurred, Petitioner Michel Hall was driving a Silver 2011 Ford Ranger Super Cab pickup truck, VIN No. 1FTKR1ED2BPA56628.

D. Based upon the initial investigation into the collision, Petitioners have reason to believe that Michel Hall's injuries may have been caused by a defect in the 2011 Ford Ranger Super Cab pickup truck, VIN No. 1FTKR1ED2BPA56628.

E. After the crash occurred, the 2011 Ford Ranger Super Cab pickup truck, VIN No. 1FTKR1ED2BPA56628, was in the possession of State Farm Mutual Automobile Insurance Company ("State Farm").

F. Petitioner Linda Hall and her counsel repeatedly informed ("State Farm"), both in writing and verbally, that State Farm must preserve the vehicle for inspection.

G. Petitioners hired an expert to perform a vehicle download, informed State Farm that they had hired an expert to perform the vehicle download, and scheduled a date for the expert to perform the vehicle download. The day before the download was scheduled to occur, Petitioners' counsel spoke with a representative of the lot where the vehicle was being kept by State Farm and confirmed that the vehicle was still present.

H. On the scheduled date, Petitioners' expert arrived at the lot for the download and was informed that the vehicle was no longer present because it had been sold to a third party. Petitioners' counsel has repeatedly called State Farm to inquire about the whereabouts of the vehicle and has received no response.

I. An investigator for Petitioners' counsel conducted a search of the truck's VIN

number and determined that title to the vehicle is now held by Maria Mendez in Schulenburg, Texas. Phone numbers obtained for Maria Mendez are out of service and Petitioners' attempts to contact her have been unsuccessful to date.

J. Petitioners cannot cause any action to be brought against any potential defendants for injuries sustained in the March 25, 2021, collision without first inspecting the vehicle.

2.

Petitioners respectfully urge that time is of the essence and this matter is particularly urgent, because the title issued to Maria Mendez is a dealer title and consequently Petitioners are concerned that the vehicle will be transferred again soon.

3.

Only after Petitioners have inspected the 2011 Ford Ranger Super Cab pickup truck, VIN No. 1FTKR1ED2BPA56628, can they bring an action against any potential defendants in whatever District Court is appropriate.

4.

This Court is an appropriate venue for this proceeding under Rule 27 because the Rule allows an action to perpetuate testimony to be brought in the "the district where any expected adverse party resides." Ford Motor Company is an expected adverse party, and Ford Motor Company is a resident of this district for venue purposes under 28 U.S.C. §1391(c), because it is subject to personal jurisdiction in this district. Regarding any potential unknown defendants, the district of their residence cannot be determined at this time. The inability of the Petitioners to identify all potential adverse parties at this time

should not prevent relief under Rule 27. See *General Board of Global Ministries of the United Methodist Church v. Cablevision Lightpath, Inc.*, 2006 WL 3479332 (E.D. N.Y. Nov. 30, 2006).

WHEREFORE PETITIONERS PRAY that this matter be set for hearing and that, unless Maria Mendez earlier provides Petitioners with access to inspect the 2011 Ford Ranger Super Cab pickup truck, VIN No. 1FTKR1ED2BPA56628, Defendants Maria Mendez and Ford Motor Company be ordered to appear and show cause why Maria Mendez as custodian of the vehicle in question should not be ordered to submit to a deposition as custodian of the vehicle and to submit to an inspection of the vehicle and vehicle download pursuant to Federal Rules of Civil Procedure 27(a) and 34(a), with the deposition and inspection to be attended by expected adverse party Ford Motor Company, as prayed for herein.

Additionally, PETITIONER PRAYS that this Honorable Court order that Maria Mendez be prohibited from altering, destroying, or transporting out of state the 2011 Ford Ranger Super Cab pickup truck, VIN No. 1FTKR1ED2BPA56628, unless Maria Mendez earlier provides Petitioners with access to inspect the vehicle and conduct a vehicle download, or until such time as this matter is resolved by the Court.

RESPECTFULLY SUBMITTED,

**GREGORIO, CHAFIN, JOHNSON, TABOR & FENASCI, LLC**
9284 Linwood Avenue
Shreveport, LA 71106
Telephone: (318) 865-8680
Facsimile:  (318) 865-8565
schafin@gcj-law.com
jjohnson@gcj-law.com


By:  /s/ Scott J. Chafin, Jr.
     SCOTT J. CHAFIN, JR.
     LA Bar Roll No. 29793
     JULIE PAYNE JOHNSON
     LA Bar Roll No. 31380

**ETHAN ARBUCKLE ATTORNEY AT LAW LLC**
ETHAN ARBUCKLE
LA Bar Roll No. 37574
671 Highway 171, Ste. L
Stonewall, LA 71078-6100
Telephone: (318) 775-4141
Facsimile: (318) 775-4126

COUNSEL FOR PETITIONERS
MICHEL HALL AND LINDA HALL

## VERIFICATION

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned Notary Public, in and for the State and Parish aforesaid, came and appeared SCOTT J. CHAFIN, JR., who being duly sworn did verify that all of the facts stated in the Petition for Perpetuation of Testimony of Custodian of Vehicle Under Federal Rule of Civil Procedure 27 are true and correct to the best of his personal knowledge and belief.

_____
SCOTT J. CHAFIN, JR.

Sworn and subscribed before me this 27th day of August, 2021.

_____
NOTARY PUBLIC #65099

